IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEREMY HAWKS, DAWN HAWKS, JENNIFER SIKO, and RODNEY WEST, on their own behalf and on behalf of all others similarly situated, | ) ) ) ) ) | Case Number: 09CV2225 |
| | ) | Judge Der-Yeghiayan |
| Plaintiffs, | ) | Magistrate Judge Keys |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN ESCROW, L.L.C., DEREK LURIE, and STEVEN LURIE , | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JURISDICTIONAL STATEMENT

Plaintiffs, by and through their attorneys, file this Jurisdictional Statement at the Court's request. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(d). The following facts support this Court's jurisdiction over this action:

1.      Named Plaintiffs Dawn and Jeremy Hawks are citizens of Ohio and were citizens of Ohio when the Complaint was filed. See Mar. 26, 2009 Corr. from American Escrow, L.L.C. to J. Hawks and Feb. 20. 2009 Check from J. Hawks and D. Hawks to American Escrow, L.L.C. (attached as Group Exhibit 1).

2.      Named Plaintiff Jennifer Siko is a citizen of Pennsylvania and was a citizen of Pennsylvania when the Complaint was filed. See Apr. 2, 2009 Corr. from

Illinois Dep't of Financial and Professional Regulation to J. Siko (attached as Exhibit 2).

3.      Named Plaintiff Rodney West is a citizen of Ohio and was a citizen of Ohio when the Complaint was filed. See Mar. 19, 2009 Corr. from American Escrow, L.L.C. to R. West (attached as Exhibit 3).

4.      In addition to the named Plaintiffs, the remaining members of the proposed class are spread throughout the United States with no particular concentration in any one state, certainly not to such a degree that two-thirds of the proposed plaintiff class share citizenship in the same state. For example, accounts of American Escrow's closure and failure to pay taxes and insurance and/or return escrow funds have appeared in news outlets in Pennsylvania, Nebraska, Missouri, and Tennessee. See Group Exhibit 4. Further, Plaintiffs' counsel has been contacted by nineteen other former American Escrow customers who are members of the proposed plaintiffs' class. Of these nineteen members of the proposed class, three are citizens of Ohio, two each are citizens of Florida, Indiana, California, and Pennsylvania, and the remaining eight are citizens of Georgia, Iowa, Kansas, Missouri, Tennessee, Virginia, New Hampshire, and Illinois. See Declaration of E. Nagao ¶ 3 (attached as Exhibit 5).

5.      Defendant American Escrow, L.L.C. is now and was when the Complaint was filed an Illinois limited liability corporation with its principal place of business at 404 North May Street, Chicago, Illinois 60622. See LLC File Detail Report (attached as Exhibit 6). Its only members are Defendants Derek Lurie and

Steven Lurie.  Id.  Defendants Derek Lurie and Steven Lurie are citizens of Illinois

and were so when the Complaint was filed.  See Return of Summons for Derek

Lurie and Return of Summons for Steven Lurie (attached as Group Exhibit 7).

6.    The amount in controversy in this action is approximately at least

$12,865,902.01.

7.    Plaintiffs incorporate by reference the Jurisdictional Status Report,

Docket No. 18.

Respectfully submitted,


s/Daniel Twetten
One of Plaintiffs' Attorneys

Arthur Loevy
Mike Kanovitz
Jon Loevy
Daniel Twetten
Loevy & Loevy
312 North May Street, Suite 100
Tel.: 312.243.5900
Fax: 312.243.5902

<u>Certificate of Service</u>

I, Daniel Twetten, certify that the foregoing pleading was served on the following by United States Mail with proper postage affixed on May 15, 2009:

American Escrow, L.L.C.
404 North May Street
Chicago, Illinois 60622

American Escrow, L.L.C.
c/o Jason L. Wolin (registered agent)
55 West Monroe Street, Suite 3600
Chicago, Illinois 60603

Derek Lurie
481 Woodland Road
Highland Park, Illinois 60035

Steven Lurie
481 Woodland Road
Highland Park, Illinois 60035

<u>s/Daniel Twetten</u>