Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 2225 | **DATE** | 5/14/2009 |
| **CASE TITLE** | Jeremy Hawks, et al. Vs. American Escrow, L.L.C., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 05/21/09 at 9:00 a.m. Plaintiffs' motion for entry of default as to Defendant American Escrow, L.L.C. [15] is granted. Defendant is hereby entered in favor of the Plaintiffs and against Defendant American Escrow, L.L.C. As stated on the record, Plaintiffs are to file a brief jurisdictional statement.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|